# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARIA ENCAR ARNOLD DANTES,<br><br>      Plaintiff,<br><br>      v.<br><br>KAISER FOUNDATION HOSPITAL,<br><br>      Defendant. | Case No. 5:16-cv-00934 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Howard R. Lloyd to determine whether it is related to 5:16-cv-00573 HRL, Dantes v. Kaiser Foundation Hospitals, Inc.

IT IS SO ORDERED.

Date: April 5, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-00934 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES